# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MARCUS ANTHONTY TERRELL, | : | HABEAS CORPUS |
| GDC ID 831124, | : | 28 U.S.C. § 2254 |
|    Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:17-CV-2535-WSD-CMS |
| UNNAMED RESPONDENT, | : | |
|    Respondent. | : | |

## **FINAL REPORT AND RECOMMENDATION**

On July 5, 2017, the Clerk received and docketed in the case listed in the caption a filing entitled "Affidavit of Marcus Anthony Terrell." *See* [1].

On July 10, 2017, the Clerk received from Terrell and docketed in a separate case a petition for writ of habeas corpus. *See Terrell v. Berry*, No. 1:17-CV-2594-WSD (N.D. Ga. 2017) (the "-2594 Case") [1 therein].

Because it appears that Terrell's affidavit was intended to be filed in support of his habeas petition, I **RECOMMEND** that this case be **ADMINISTRATIVELY CLOSED** and that the Clerk be **DIRECTED** to transfer all filings docketed in this case to the -2594 Case, so that they may be reviewed and considered therein.

I **DIRECT** the Clerk to terminate the referral of this case to me.

**SO RECOMMENDED AND DIRECTED**, this 31st day of July, 2017.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE